# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Terrie H. Davis ,

    Plaintiff(s),

vs.

Michael J. Astrue ,
Commissioner of Social Security

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09cv124

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 16, 2009 Order.

Signed: October 16, 2009

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court