IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| TERRIE H. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:09-CV-124 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on Plaintiff's "Amended Motion For Attorney's Fees" under the Equal Access to Justice Act, filed on January 12, 2010 (document #17). Therein, Plaintiff asserts that she and the Defendant, the Commissioner of the Social Security Administration, agree to the amount of 1,750.00 for attorney's fees payable to Plaintiff.

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's "Amended Motion For Award of Attorney's Fees" under the Equal Access to Justice Act (document #17) is **GRANTED** to the extent that Plaintiff shall be paid the sum of $1750.00 for attorney's fees.

2. No additional petition pursuant to 28 U.S.C. section 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

Signed: January 14, 2010

David S. Cayer
United States Magistrate Judge

**SO ORDERED.**